UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRADLEY D. SHARP,                           No. 2:11-cv-03210-MCE-KJN

     Plaintiff,

  v.                                        MEMORANDUM AND ORDER

GARY G. PERRY, et al.,

     Defendants.

----oo0oo----

The Court is in receipt of Defendant Gary G. Perry's Motion to Stay Adversary Proceedings (ECF No. 2) and Motion to Dismiss for Lack of Jurisdiction (ECF No. 8). By this Order, the Court refers both Motions to the Bankruptcy Court, Bankruptcy Case No. 09-29162-D 11, Adversary Proceeding No. 11-02699-D, for resolution. The Clerk of this Court is directed to serve a copy of this Order on the Bankruptcy Court.

IT IS SO ORDERED.

Dated: January 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1