Gregory C. Nuti (CBSN 151754)
  gnuti@schnader.com
Todd B. Holvick (CBSN 257784)
  tholvick@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Bradley D. Sharp,
Chapter 11 Trustee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BRADLEY D. SHARP, | NO. 2:11-CV-03210-MCE-KJN |
|---|---|
| Plaintiff, | **ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| GARY PERRY, | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |
| Defendants. | |

Plaintiff BRADELY D. SHARP and Defendant GARY PERRY having filed their Stipulation of Dismissal with Prejudice (the "Stipulation"), and the Court having read and considered the Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved;

///

///

///

2. The above-captioned action is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  November 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

SCHNADER HARRISON SEGAL & LEWIS LLP
601 CALIFORNIA STREET, SUITE 1200
SAN FRANCISCO, CA 94108-2817
(415) 364-6700
FAX: (415) 364-6785